NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED


IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DORETTE B. SHIRLEY,                      )
                                         )
          Appellant,                     )
                                         )
v.                                       )          Case No. 2D17-2802
                                         )
BANK OF NEW YORK MELLON, as              )
Indenture Trustee for Newcastle          )
Mortgage Securities Trust 2006-1,        )
                                         )
          Appellee.                      )
_____)

Opinion filed March 14, 2018.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Hillsborough
County; Rex Barbas, Judge.

Dorette B. Shirley, pro se.

Nancy M. Wallace of Akerman LLP,
Tallahassee; William P. Heller of Akerman
LLP, Fort Lauderdale; and Eric M. Levine of
Akerman LLP, West Palm Beach, for
Appellee.


PER CURIAM.


          Affirmed.


VILLANTI, BLACK, and SALARIO, JJ., Concur.